him to 30 days in the county jail. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court, as trier of fact, reasonably could have found Appellant guilty. State v. Claycomb, 470 S.W.3d 358, 362 (Mo.banc 2015). The trial court's sentencing decision was within its discretion. State v. Collins, 290 S.W.3d 736, 746 (Mo.App. E.D. 2009). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

## ORDER

PER CURIAM.

James Johnson appeals from the judgment entered on his convictions after a bench trial for two counts of rape in the first degree and incest. There was no plain error in the court ordering his sentences to be served consecutively. We affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**James Dudley JOHNSON,
Jr., Appellant.**

**No. ED 104061**

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: February 21, 2017

Amy M. Bartholow, Columbia, MO, for Appellant.

Joshua D. Hawley, Attorney General, Christine K. Lesicko, Asst. Attorney General, Jefferson City, MO, for Respondent.

Before Angela T. Quigless, P.J. and Robert G. Dowd, Jr. and Lisa Van Amburg, JJ.

**Samie J. LOUIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**ED 104060**

Missouri Court of Appeals,
Eastern District,
**DIVISION FOUR.**

Filed: February 21, 2017

Mark A. Grothoff, Columbia, MO, for appellant.

Josh Hawley, Robert J. (Jeff) Bartholomew, for respondent.

Before: James M. Dowd, P.J., Kurt S. Odenwald, J., and Gary M. Gaertner, Jr., J.